# United States District Court — Violation Notice

**CVB Location Code:** 0540

**Violation Number:** 6139501
**Officer Name (Print):** Nonnenman
**Officer No.:** SP687

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 08/22/2016
**Offense Charged:** CFR — 41 CFR 102.74.42(g)

**Place of Offense:** 50 W Broad St, Columbus 43215

**Offense Description / Factual Basis for Charge:** Possession of Narcotics, Small Amount

## DEFENDANT INFORMATION

**Last Name:** Bhattarai
**First Name:** Ashok

[Address redacted]

☒ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.**

- Forfeiture Amount: $100
- Processing Fee: +$30
- **PAY THIS AMOUNT → Total Collateral Due: $130**

**YOUR COURT DATE**
Court Address: 85 Marconi Blvd, Columbus, OH 43215
Date: 11/16/2016
Time: 11:00 AM

X Defendant Signature: [signed]

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 22, 2016 while exercising my duties as a law enforcement officer in the Southern District of Ohio:

Under authority of GSA, where 41 CFR 102.74.44(s), possession narcotics in small amounts, Bhattarai was found in possession of marijuana. Protective Security Officer Vance, while attempting to identify an unknown item in Bhattarai's possessions, discovered a Marlboro cigarette box with one marijuana cigarette and one plastic bag containing marijuana. The substance tested positive for marijuana. Bhattarai was cited and released without incident. Bhattarai was cooperative throughout the contact.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/22/2016 — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.